Lloyd REID, Appellant,

v.

STATE of Texas, Appellee.

No. 31058.

Court of Criminal Appeals of Texas.

Feb. 17, 1960.

County which was filed with the clerk of the trial court.

This was not a compliance with the requirements of Art. 827, Vernon's Ann. C.C.P., that notice of appeal be given in open court and entered of record. Anderson v. State, Tex.Cr.App., 309 S.W.2d 239.

The appeal is dismissed.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is forgery; the punishment, 7 years.

The only notice of appeal appearing in the record is contained in an affidavit of appellant before a notary public in Walker

